## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE D. MALINOWSKI, individually, and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>       Defendant. | **Case No. 7:23-cv-08421** |

## <u>STIPULATION AND [PROPOSED] ORDER</u>

WHEREAS the two actions, *Malinowski v. Int'l Business Machines Corp. et al., No. 7:23-cv-08421,* and *Pettiford v. Int'l Business Machines Corp. et al., No. 7:23-cv-08517* are related, stemming from the same alleged incident, and present common questions of law and fact;

WHEREAS Federal Rule of Civil Procedure 42(a) provides that the Court may order that actions be joined or consolidated in whole or in part if they involve "a common question of law or fact," Fed. R. Civ. P. 42(a);

WHEREAS the parties in both matters have conferred and jointly request that the Related Actions be consolidated;

IT IS ACCORDINGLY STIPULATED AND AGREED that:

- The Related Actions will be consolidated.
- Within 14 days of consolidation of both cases, the parties will file with the Court a case schedule that sets forth deadlines for an amended, consolidated complaint; Defendants' responsive pleading; and appointment of interim lead class counsel.

//

//

Dated: September 29, 2023

By: */s/ Daniel Srourian*_____                    By: */s/ Andrew Shamis*_____

Daniel Srourian, Esq.*                                Andrew J. Shamis
**SROURIAN LAW FIRM, P.C.**                           **SHAMIS & GENTILE, P.A.**
3435 Wilshire Blvd., Suite 1710                       New York Bar No. 037343
Los Angeles, California 90010                         14 NE 1st Avenue, Suite 400
Telephone:    (213) 474-3800                          Miami, FL 33132
Facsimile:    (213) 471-4160                          Telephone: 305-479-2299
Email:        daniel@slfla.com                        ashamis@shamisgentile.com

*Pro Hac Vice Application Forthcoming*

IT IS SO ORDERED this _____ day of _____, 2023

_____
The Hon. Lewis A. Kaplan
United States District Judge