

November 3, 2023

**VIA ECF**
The Honorable Nelson S. Roman
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   Malinowski v. Int'l Business Machines Corp. et al., No. 7:23-cv-08421-NSR
       Pettiford v. Int'l Business Machines Corp. et al., No. 7:23-cv-08517-PMHs

Dear Judge Roman:

Plaintiffs Elaine Malinowski and Michele Pettiford withdraw their Second Motion to Consolidate Cases (Dkt. 6) without prejudice.

Respectfully submitted,

Daniel Srourian, Esq.

Cc: All Counsel of Record

**Pltf. Malinowski's request to withdraw without prejudice the Second Motion to Consolidate Cases at ECF No. 6 is GRANTED.  Clerk of the Court is requested to terminate the motion at ECF No. 6 in 23-cv-8421-NSR.**
**Dated:  November 6, 2023**
           **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2023