# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE MALINOWSKI, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>     Defendant. | Case No. 7:23-cv-08421-NSR |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL SROURIAN

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Daniel Srourian hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Elaine Malinowski in the above-captioned action.

I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: December 18, 2023

By: */s/ Daniel Srourian*
  Daniel Srourian, Esq.
  **SROURIAN LAW FIRM, P.C.**
  3435 Wilshire Blvd., Suite 1710
  Los Angeles, California 90010
  Telephone: (213) 474-3800
  Facsimile: (213) 471-4160
  Email: daniel@slfla.com

  *Attorney for Plaintiff Elaine Malinowski*