UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE MALINOWSKI, individually, and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>              v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>              Defendant. | Case No. 7:23-cv-08421-NSR |

**AFFIDAVIT OF DANIEL SROURIAN IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

COUNTY OF LOS ANGELES    )

                                       ):ss

STATE OF CALIFORNIA        )

Daniel Srourian, being duly sworn, deposes and says as follows:

    1.    I am a partner of the law firm of Srourian Law Firm, P.C.

    2.    I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

    3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

    4.    There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Daniel Srourian, respectfully submit that I be permitted to appear as counsel and advocate pro hac vice in these cases for Plaintiff Elaine Malinowski.

_____
Daniel Srourian

**CALIFORNIA JURAT**                                              **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of December, 20 23, by

(1) Daniel Srourian

(and (2) ~~_____~~ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

JOHNNY A. VILLALOBOS
Notary Public - California
Los Angeles County
Commission # 2358513
My Comm. Expires Jun 16, 2025

Place Notary Seal and/or Stamp Above

──────────── OPTIONAL ────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Affidavit of Daniel Srourian in Support of Motion to Admit Counsel Pro Hac Vice

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association