

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *DANIEL Z. SROURIAN*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that DANIEL Z. SROURIAN, # 285678, was on the 3rd day of December, 2012 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 18th day of December 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
*Biying Jia, Assistant Deputy Clerk*