UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE MALINOWSKI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>Defendant. | Case No. 7:23-cv-08421-NSR |

### ORDER FOR ADMISSION *PRO HAC VICE* OF DANIEL SROURIAN

The motion of Daniel Srourian for admission to appear *pro hac vice* in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California, and that his contact information is as follows:

> Daniel Srourian, Esq.
> **SROURIAN LAW FIRM, P.C.**
> 3435 Wilshire Blvd., Suite 1710
> Los Angeles, California 90010
> Telephone: (213) 474-3800
> Facsimile: (213) 471-4160
> Email: daniel@slfla.com

Daniel Srourian, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Elaine Malinowski in the above entitled action;

**IT IS HEREBY ORDERED** that Daniel Srourian is admitted to practice *pro hac vice* in the above captioned cases in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____, 2023

                                              Hon. Nelson S. Roman
                                              United States District Judge