IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE MALINOWSKI, et al.<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION et al.<br><br>Defendants. | Consolidated Action No. 7:23-CV-08421-NSR |

**PROOF OF SERVICE**

In compliance with ECF No. 18, I hereby certify that a copy of ECF No. 18, *Order Granting Amended and Unopposed Motion to Consolidate Cases, to Appoint Interim Co-Lead Counsel, and to Set a Schedule for the Filing of Consolidated Complaint* was served on counsel for plaintiffs in the following cases electronically via ECF, or as indicated below, on December 21, 2023.

***Brawner v. International Business Machines Corp. et al.*, S.D.N.Y., C.A. No. 1:23-cv-10725**

| | |
|---|---|
| **Served via Email**<br>Charles Barrett<br>Daniella Bhadare-Valente<br>Morgan L. Burkett<br>**NEAL & HARWELL, PLC**<br>1201 Demonbreun St.<br>Suite 1000<br>Nashville, TN 37203<br>(615) 244-1713<br>cbarrett@nealharwell.com<br>dbhadare-valente@nealharwell.com<br>mburkett@nealharwell.com<br><br>**Counsel for Plaintiff** | **Served via Email**<br>Charles J. LaDuca<br>Brendan Thompson<br>**CUNEO GILBERT & LADUCA, LLP**<br>4725 Wisconsin Avenue NW<br>Suite 200<br>Washington, DC 20016<br>(202) 789-3960<br>charles@cuneolaw.com<br>brendant@cuneolaw.com<br><br>**Counsel for Plaintiff** |

1

*Calhoun v. Johnson & Johnson Health Care Systems, Inc.*, S.D.N.Y C.A. No. 1:23-cv-11069

| Served via Email<br>Jibrael Jarallah Said Hindi<br>**The Law Offices of Jibrael S. Hindi**<br>110 SE 6th St.<br>17th Floor<br>Fort Lauderdale, FL 33301<br>954-907-1136<br>jibrael@jibraellaw.com<br><br>**Counsel for Plaintiff** | Served via Email<br>Manuel Santiago Hiraldo<br>**Hiraldo P.A.**<br>401 E. Las Olas Blvd.<br>Suite 1400<br>Ft. Lauderdale, FL 33301<br>954-400-4713<br>mhiraldo@hiraldolaw.com<br><br>**Counsel for Plaintiff** |

*Jenkins v. International Business Machines Corp. et al.*, S.D.N.Y., C.A. No. 7:23-cv-10244

| Served via Email<br>Tina Wolfson (NY 5436043)<br>Deborah De Villa (NY 5724315)<br>**AHDOOT WOLFSON, PC**<br>521 Fifth Avenue \| 17th Floor<br>New York, NY 10175<br>Tel (917) 336-0171<br>Fax (917) 336-0177<br>twolfson@ahdootwolfson.com<br>ddevilla@ahdootwolfson.com<br><br>**Counsel for Plaintiff** | Served via Email<br>Andrew Chan Wolinsky (NY 4892196)<br>Yavar Bathaee (NY 4703443)<br>Chang Hahn (NY 5921911)<br>**BATHAEE DUNNE LLP**<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Tel.: (332) 322-8835<br>awolinsky@bathaeedunne.com<br>chahn@bathaeedunne.com<br>yavar@bathaeedunne.com<br><br>Brian J. Dunne (NY 4605580)<br>Edward M. Grauman (NY 4196390)<br>**BATHAEE DUNNE LLP**<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Tel.: (213) 462-2772<br>bdunne@bathaeedunne.com<br>egrauman@bathaeedunne.com<br><br>Allison Watson Cross<br>**BATHAEE DUNNE LLP**<br>3420 Bristol Street, Suite 600<br>Costa Mesa, CA 92626<br>Tel: (213) 462-2772<br>across@bathaeedunne.com<br><br>**Counsel for Plaintiff** |

Dated: December 21, 2023

Respectfully Submitted,

*/s/ Steven M. Nathan*
Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
(646) 357-1100
snathan@hausfeld.com

Gary Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Jeff Ostrow
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-332-4200
ostrow@kolawyers.com

Daniel Srourian
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 94607
Telephone: (213) 474-3800
daniel@slfla.com

John Allen Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

*Interim Co-Lead Counsel for Plaintiffs*