**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

ELAINE MALINOWSKI, KRISTAL MIZE, MICHELLE PETTIFORD, VANESSA HAYS, DANIEL ROBERT BRAWNER, ROWDY JAMES ALDRIDGE, JOSEPH TYLER HALEY, MARY LEA KIRBY, MICHAEL WRIGHT, ANTHONY HANNA, PATRICK CALHOUN, ANDREW ROSE, individually, and on behalf of all other similarly situated,

Plaintiffs,

-against-

23 **CIVIL** 8421 (NSR)

**JUDGMENT**

INTERNATIONAL BUSINESS MACHINES CORPORATION and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,

Defendants.

---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 17, 2026, Defendants' motion to dismiss is GRANTED. Accordingly, Plaintiffs' Amended Consolidated Complaint is dismissed and the case is closed.

**Dated:** New York, New York

September 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**